CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 1 6 2005

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| BETTY G. MYERS, | ) | CIVIL ACTION NO. 3:02CV00093 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | JUDGE JAMES H. MICHAEL, JR. |

By order dated February 26, 2003, this case was referred to the presiding United States Magistrate Judge, for proposed findings of fact and a recommended disposition. Following a ruling on the merits, the plaintiff filed a motion for award of attorney fees under the Social Security Act, 42 U.S.C. § 406(b), on June 15, 2005. The Commissioner responded and indicated that she did not oppose the plaintiff's motion. On July 18, 2005, the Magistrate filed a Report and Recommendation, in which he recommended that the motion be granted. After a careful review of the entire record in this case, and no objection having been filed to the Magistrate's Report within ten (10) days of its service upon the parties, *see* Fed. R. Civ. P. 72(b), the court adopts the magistrate judge's Report in its entirety. It is accordingly this day

ADJUDGED, ORDERED, AND DECREED

as follows:

1. The Report and Recommendation of the United States Magistrate Judge, filed July 18, 2005, shall be, and it hereby is, ADOPTED in its entirety;

2. The plaintiff's motion for award of attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), filed June 15, 2005, shall be, and it hereby is, GRANTED;

3. Counsel for the plaintiff shall be, and hereby is, awarded seventeen thousand thirty-three dollars and 25/00 cents ($17,033.25) in attorney fees under the Social Security Act, 42 U.S.C. § 406(b).

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED: _/s/ Jas. H. Michael, Jr._
Senior United States District Judge

_8-16-05_
Date